# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2014

## NO. 03-13-00195-CV

**The State of Texas, Appellant**

**v.**

**Life Partners Holdings, Inc.; Life Partners, Inc.; Brian D. Pardo; R. Scott Peden; Advance Trust & Life Escrow Services, LTA; Purchase Escrow Services, LLC; Pardo Family Holdings, Ltd.; Dr. Donald T. Cassidy; and American Stock Transfer & Trust Company, Appellees**

---

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

---

This is an appeal from the judgment entered by the trial court on January 8, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with this opinion. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.